QUALITY FRUIT WINES CORP., Appellant, *v.* FIORE CRIBARI et al., Individually and as Copartners Doing Business under the Name of B. CRIBARI & SONS, Respondents.

Submitted February 20, 1950; decided October 12, 1950.

*Hall, Cunningham & Haywood* for motion.

*Dunlap, Otto & McGovern* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.